Priority
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
APR 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE CRUMMEL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STEVEN CAMBRA, JR. WARDEN,<br><br>　　　　　Respondent. | CASE NO. ED CV 01-247-DOC (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

　　　DATED:　　April 21, 2008.


　　　　　　　　　　　　　　　　_David O. Carter_
　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\CRUMMEL\Order accep r&r_2.wpd