Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
APR 23 2008
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE CRUMMEL,<br><br>      Petitioner,<br><br>      v.<br><br>STEVEN CAMBRA, JR., WARDEN,<br><br>      Respondent. | Case No. ED CV 01-247-DOC (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: _April 21, 2008_.


_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\CRUMMEL\Judgment_2.wpd